# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1013

_____

Earnest Conrod, Jr.                      *
                                         *
      Plaintiff-Appellant,     *
    v.                            *   Appeal from the United States
                                         *   District Court for the Eastern
Marvin D. Morrison, Warden,              *   District of Arkansas.
FCI - Forrest City,                      *
                                         *   **[UNPUBLISHED]**
      Defendant-Appellee.      *

_____

Submitted:  July 22, 2004
Filed:  July 29, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

This case comes on appeal by Plaintiff on the ground that his good time credit was improperly revoked because the hearing officer lacked the authority to sit as a disciplinary hearing officer under 28 C.F.R. § 541.16 and BOP P.S. 5270.07. The district court, acting through Magistrate Judge Henry Jones, pointed out that the Plaintiff has not asserted any adverse interest by the hearing officer in the outcome of the disciplinary proceeding and that Plaintiff's claim concerning the hearing officer's lack of qualification is not sufficient to constitute unconstitutional bias. On that basis, the district court dismissed the petition with prejudice. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____